Case Number 09-19980 - STARK, DAVID W

| Creditor | Claim No. | Amount Allowed | Amount Paid | |
|---|---|---|---|---|
| **Country Door**<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, Tx 75374<br>　　ACCOUNT NO. 1530 | 000018 | 162.90 | 3.69 | ck 118 |
| **Oaktree Clinic**<br>9485 Mentor Ave.<br>Suite #115<br>Mentor, OH 44060<br>　　ACCOUNT NO. 6431 | 000026 | 202.00 | 4.58 | ck 126 |
| **Drs. Hill & Thomas**<br>P. O. Box 643026<br>Cincinnati, OH 45264<br>　　(28-1) 736220 | 000028 | 19.14 | 0.43 | ck 128 |
| **Figi's, Inc.**<br>Attn: Recovery Operations<br>3200 S Maple Ave<br>Marshfield, WI 54449-8612<br>　　ACCOUNT NO. 0959 | 000032 | 89.94 | 2.04 | ck 132 |
| ---------- Remittance Total --------------- | | 473.98 | 10.74 | |

MARVIN A. SICHERMAN, Trustee